## OLIVER W. MILLER, ROBERT SMART AND CONRAD TEN EYCK, ASSIGNEES OF HENRY HUDSON, *versus* AUSTIN E. WING

JOURNAL ENTRIES (1819–24): *Journal 2:* (1) Rule to declare, continued *p. 677; (2) special bail *p. 727. *Journal 3:* (3) Motion for rule to plead overruled *p. 208; (4) leave to file plea *p. 230; (5) motion for leave to amend plea *p. 272; (6) motion for stay until equity suit heard overruled *p. 404; (7) jury impaneled *p. 411; (8) witnesses sworn *p. 412; (9) motion to produce deeds granted *p. 414; (10) verdict *p. 415; (11) attendance of witness proved *p. 415; (12) leave granted to file motion for new trial, motion withdrawn, rule for judgment nisi *p. 487; (13) rule for judgment, motion to increase damages overruled *p. 511.

PAPERS IN FILE: (1) Agreement to enter amicable suit; (2) declaration; (3) precipe for office judgment; (4) notice of demand for oyer, copy of bond; (5) plea of nil debet and notice of defenses; (6) copy of assignment of bond; (7–8) precipes for subpoenas; (9) subpoena; (10) verdict; (11) reasons in arrest of judgment; (12) precipe for execution fi. fa.; (13) writ of fi. fa. and return; (14) precipe for alias fi. fa.; (15) alias fi. fa.; (16) precipe for alias fi. fa.; (17) alias fi. fa. and return; (18) receipt for alias fi. fa.; (19) precipe for execution; (20) motion to set aside execution; (21) transcript of judgment record.

*Office Docket*, MS p. 98, c. 49. (Case 26 of 1820) Recorded in *Book B*, MS pp. 314–18.